# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CARRILLO,<br><br>        Petitioner,<br><br>v.<br><br>BRIAN CATES,<br><br>        Respondent. | NO. CV 21-9478 JFW (KS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody filed under 28 U.S.C. § 2254, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) the claims in the Petition are DENIED; (2) Petitioner's request for an evidentiary hearing is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

DATED: January 5, 2023

                                                                  JOHN F. WALTER<br>                                            UNITED STATES DISTRICT JUDGE