JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID CARRILLO, | ) | NO. CV 21-9478 JFW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| BRIAN CATES, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Conclusions of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: January 5, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE